UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                              Case No. 2:14-cr-28
                                              HON. R. ALLAN EDGAR

JIMMY WAYNE MCFIELD,

        Defendant.
_____/

## ORDER OF DETENTION

        Defendant appeared before the undersigned on August 1, 2014, for an initial appearance and arraignment on the Indictment charging defendant with two counts of Felon in Possession of a Firearm. The government requested the defendant be detained pending further proceedings. Defendant will be given time to consult with his attorney and may request a detention hearing at a later date. Defendant shall be detained pending further proceedings.

        IT IS SO ORDERED.

                                              /s/ Timothy P. Greeley
                                              TIMOTHY P. GREELEY
                                              UNITED STATES MAGISTRATE JUDGE

Dated:  August 4, 2014