UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JIMMY WAYNE MCFIELD,

    Defendant.
_____/

Case No. 2:14-cr-28

HON. R. ALLAN EDGAR

## ORDER OF DETENTION

On August 25, 2014, defendant filed a petition for release pending trial. A hearing was held before the undersigned on September 4, 2014, at which time testimony was presented from the defendant's wife and Special Agent James Petschke. The government played a CD recording of a conversation between the defendant and a confidential informant, as well as a DVD of an alleged drug transaction which occurred in the defendant's residence. Also submitted for the court's consideration by defendant was an excerpt of a Forsyth Township Police report dated November 30, 2013.

The court finds that defendant has failed to rebut the presumption to which the government is entitled. For the reasons stated on the record, defendant's petition for release pending trial is denied and the defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

Dated: September 4, 2014

    /s/ TIMOTHY P. GREELEY
    TIMOTHY P. GREELEY
    UNITED STATES MAGISTRATE JUDGE